# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIE LEE JAMES,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:11-CV-01907-PMP-(GWF)

**ORDER**

    Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted an application to proceed in forma pauperis (#1) and a petition for a writ of habeas corpus. He did not include with his application (#1) a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

    IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#1) is **DENIED** without prejudice.

///
///
///
///
///
///
///
///

1    IT IS FURTHER ORDERED that petitioner shall file another application for leave to
2 proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his
3 inmate account.  The clerk of the court shall send petitioner a blank application form for
4 incarcerated litigants.  In the alternative, petitioner shall make the necessary arrangements to pay
5 the filing fee of five dollars ($5.00), accompanied by a copy of this order.  Petitioner shall have
6 thirty (30) days from the date that this order is entered to comply.  Failure to comply will result in
7 the dismissal of this action.

8    DATED:  November 30, 2011.

_____
PHILIP M. PRO
United States District Judge