# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIE LEE JAMES,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:11-CV-01907-PMP-(GWF)

**ORDER**

The court ordered (#2) petitioner either to file a complete application to proceed <u>in forma pauperis</u> or to pay the filing fee. Petitioner has not complied with the court's order within the allotted time.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order (#2). The clerk of the court shall enter judgment accordingly.

DATED: January 26, 2012

_____
PHILIP M. PRO
United States District Judge