# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIE LEE JAMES,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:11-CV-01907-PMP-(GWF)

**ORDER**

The court ordered (#2) petitioner either to file a complete application to proceed in forma pauperis or to pay the filing fee. Petitioner has not complied with the court's order within the allotted time.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order (#2). The clerk of the court shall enter judgment accordingly.

DATED: January 26, 2012

_____
PHILIP M. PRO
United States District Judge